# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2660

_____

Daniel P. Dorgan,                                        *
                                                          *
                Appellant,        *     Appeal from the United States
                                                          *     District Court for the District
    v.                                                *     of Minnesota.
                                                          *
Sprint/United Management Company,        *          [UNPUBLISHED]
                                                          *
                Appellee.         *

_____

Submitted: May 11, 2000

Filed: May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and HENDREN,[*] District
     Judge.

_____

PER CURIAM.

     Daniel P. Dorgan appeals the district court's rulings refusing to transfer venue, dismissing the action with prejudice, and denying Dorgan's motion to dismiss without prejudice. Having reviewed the record in the context of Dorgan's contentions, we conclude that no error of law appears in the district court's rulings and that an extended

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, sitting by designation.

discussion is unnecessary.  We thus affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.